IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

2025 DEC 18 P 3: 27

Nathan Reardon,

Plaintiff,

v.

U.S. District Court for the District of Maine,

Defendant.

Case No. _____

# COMPLAINT FOR INJUNCTIVE RELIEF UNDER THE FREEDOM OF INFORMATION ACT

Plaintiff Nathan Reardon brings this action against the U.S. District Court for the District of Maine under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, to compel the production of records that have been wrongfully withheld concerning his bail hearing and custodial arrangements on or about April 20, 2022.

### Jurisdiction and Venue

1. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.
2. Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B), as the Plaintiff resides in Maine and the Defendant is located within this judicial district.

### Parties

3. Plaintiff Nathan Reardon is a resident of the State of Maine, mailing address PO Box 52, Detroit, ME 04929.
4. Defendant U.S. District Court for the District of Maine is a federal agency subject to FOIA and located at 202 Harlow Street, Bangor, ME 04401.

### Facts

5. On or about September 8, 2025, Plaintiff submitted a FOIA request to the U.S. District Court for the District of Maine requesting access to records related to his bail hearing and detention proceedings on or about April 20,

2022.

6. The FOIA request specifically sought communications, transport scheduling, internal notes, and court coordination regarding Plaintiff's custody before sentencing had occurred.

7. As of the date of this Complaint, more than 20 business days have passed since the request was submitted, and the Defendant has failed to provide the requested records or issue a formal denial.

8. The Defendant's failure to timely respond or produce the requested records constitutes a violation of FOIA.

Claim for Relief

9. Plaintiff has exhausted all applicable administrative remedies under FOIA.

10. Defendant has wrongfully withheld agency records requested by Plaintiff under 5 U.S.C. § 552.

11. Plaintiff is entitled to injunctive relief compelling the release of the requested documents.

Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Order Defendant to conduct a reasonable search for all records responsive to Plaintiff's FOIA request;
B. Order Defendant to produce all non-exempt records responsive to Plaintiff's request without further delay;
C. Award Plaintiff reasonable attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E);
D. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Nathan Reardon
PO Box 52
Detroit, ME 04929
nathan@membershipauto.com
207-745-7575
Pro Se Plaintiff